**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
SEAN PATRICK MITCHELL,           ) NO. CV 10-8491-SVW (MAN)
                                 )
          Petitioner,            )
                                 )
     v.                          ) JUDGMENT
                                 )
JAMES YATES, WARDEN,             )
                                 )
          Respondent.            )
_____)
```

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 27, 2011 .

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE